UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 14-CR-** |
| v. : | **VIOLATIONS:** |
| **NYAUNU-WI MEATIA PALMER,** : | 18 U.S.C. § 2113(b) (Bank Theft) |
| : | 18 U.S.C. § 2 (Aiding and Abetting) |
| **Defendant.** : | |

## MISDEMEANOR INFORMATION

The United States Attorney charges:

At all times material to this Information:

### COUNT ONE

### (Bank Theft)

Between on or about August 20, 2009, and on or about August 27, 2009, in the District of Columbia and elsewhere, the defendant NYAUNU-WI MEATIA PALMER, aided and abetted by others known and unknown, did take and carry away with intent to steal and purloin not more than $1,000 of money, belonging to and in the care, custody, management and possession of the SunTrust Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(Bank Theft, in Violation of Title 18,
United States Code, Sections 2113(b) and 2)

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY

BY: _____
EPHRAIM (FRY) WERNICK
ASSISTANT U.S. ATTORNEY
D.C. Bar No. 497-158
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 252-7092
ephraim.wernick@usdoj.gov